**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**GREGORY PAUL SHERMAN,**

      **Plaintiff,**

     **vs.**                            **CIV NO. 1:20-00887-KRS**

**KILOLO KIJAKAZI,
Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 6, 2021, to file a response, and Plaintiff shall have until September 21, 2021, to file a reply.

                                    _KEVIN R. SWEAZEA_
                                    KEVIN R. SWEAZEA
                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 08/02/2021*
CHRISTINA VALERIO
Special Assistant United States Attorney

*Electronically approved 08/02/2021*
LAURA J. JOHNSON
Attorney for Plaintiff